UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-62323-JAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

EB5 ASSET MANAGER, LLC,
and LIN ZHONG A/K/A LILY ZHONG,

    Defendants, and

U.S. EB-5 INVESTMENTS LLC,
OAKLAND OFFICE HOLDINGS LLC,
B.X WOK CONSTRUCTION LLC,
US INVESTMENT LLC d/b/a US INVESTMENT FL LLC,
TOP SUN ENERGY LLC,
OCEAN BLVD. FAMILY LIMITED PARTNERSHIP, LTD.,
B.X PROPERTY MANAGEMENT LLC,
US1 REAL ESTATE DEVELOPMENTS, LLC, and
INVESTOR ASSET PROTECTION LLC,

    Relief Defendants.
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF DISMISSAL OF DISGORGEMENT CLAIMS AGAINST RELIEF
<u>DEFENDANTS</u>**

Plaintiff Securities and Exchange Commission (the "Commission") notifies the Court that the Commission hereby dismisses its claims for disgorgement and prejudgment interest against Relief Defendants U.S. EB-5 Investments LLC, Oakland Office Holdings LLC, B.X Wok Construction LLC, US Investment LLC d/b/a US Investment FL LLC, Top Sun Energy LLC, Ocean Blvd. Family Limited Partnership, Ltd., B.X Property Management LLC, US1 Real Estate Developments, LLC, and Investor Asset Protection, LLC.

2

Dated: October 7, 2022                              Respectfully submitted,

                By: **Amie Riggle Berlin**
                   Amie Riggle Berlin, Esq.
                   Senior Trial Counsel
                   Florida Bar No. 630020
                   Telephone: (305) 982-6322
                   E-mail: berlina@sec.gov

                   **ATTORNEY FOR PLAINTIFF**
                   **SECURITIES AND EXCHANGE COMMISSION**
                   801 Brickell Avenue, Suite 1950
                   Miami, Florida 33131
                   Telephone: (305) 982-6300